4:24CV979

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
__Sherman__ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 01 2024
BY DEPUTY_____

__Dana F. Young__
__c/o PO Box 560512__
__The Colony__
Name of Plaintiff(s)

Residence:
5005 Whitestone Ln.
#133
Plano TX 75024
972-679-8744

EEOC
Case Number: __450-2024-05025__

vs

__Collin College__
__3452 Spur 399 STE 401-A__
__McKinney TX 75069__
Name of Defendant(s)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, __Dana F. Young__, is a citizen of the United States
   (name of plaintiff)
   and resides at __5005 Whitestone Ln. #133__, __Plano__,
                    (street address)                    (city)
   __Collin__, __TX__, __75024__, __972-679-8744__
   (county)  (state)  (zip)  (telephone)

3.. Defendant, __Collin College__, resides at, or its business is
(name of defendant)

located at __3452 SPUR 399 STE 401-A__, __McKinney__,
(street address)                                    (city)

__Collin__, __TX__, __75069__, __972-548-6790__
(county)    (state)    (zip)    (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at __Preston Ridge Campus 9700 Wade Blvd.__, __Frisco__,
(street address)                                    (city)

__Collin__, __TX__, __75035__.
(county)    (state)    (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about __September 27, 2023__.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __March 4, 2024__.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __August 5, 2024__.
(month day, year)

8. Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3) _____ sex, (4) __✓__ national origin, defendant:

   a. _____ failed to employ plaintiff.

   b. __✓__ terminated plaintiff's employment.

   c. _____ failed to promote plaintiff.

   d. _____ Other _____

   _____

   _____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   "I was treated differently than another person who was not white, and terminated wrongfully."

10. The acts set forth in paragraph 9 of this complaint:

    a. \_\_\_\_\_ are still being committed by defendant.

    b. \_\_\_\_\_ are no longer being committed by defendant.

    c. ✓ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

    b. \_\_\_\_\_ Defendant be directed to re-employ plaintiff.

    c. \_\_\_\_\_ Defendant be directed to promote plaintiff.

    d. ✓ Defendant be directed to _SUMMARY JUDGEMENT_ and that the

Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____  11-1-24
(Signature of Plaintiff)