tools.usps.com 

**ALERT: SEVERE WEATHER IN THE MIDWEST ...**

# USPS Tracking®

FAQs >

**RECEIVED**
MAR 1 9 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

*Plaintiff Settlement Offer Letter*
*Case No.*
*4:24-CV-00979-SDJ-BD*

Remove ✕

**Tracking Number:**

# 9589071052702256719856

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:31 am on March 17, 2025 in DALLAS, TX 75201.

## Get More Out of USPS Tracking:

USPS Tracking Plus®



USPS Certified Mail Receipt — tracking number 9589 0710 5270 2256 7198 56; postmarked MAR 15, THE COLONY, TX 75056-9998.

Sent To: Thompson & Horton LLP, Kathryn Long, Partner
Street: 500 Akard St North Ste 3150
City, State, ZIP+4: Dallas TX 75201

Margin note: Plaintiff Settlement Offer Letter, Case No. 4:24-cv-00979-SDJ-BD

 Gmail

DFLY <dfly812@gmail.com>

## usps.com Certified Mail Delivery Confirmation
1 message

**DFLY** <dfly812@gmail.com>  
To: DFLY <dfly812@gmail.com>

Tue, Mar 18, 2025 at 10:46 PM

Plaintiff Settlement offer letter
Case No.
4:24-CV-00979-SDJ-BD



**UNITED STATES POSTAL SERVICE.**

```
            THE COLONY
         5200 S COLONY BLVD
       THE COLONY, TX 75056-9998
            (800)275-8777
03/15/2025                       11:50 AM
------------------------------------------
Product              Qty    Unit    Price
                            Price
------------------------------------------
First-Class Mail®     1              $0.73
Letter
    Dallas, TX 75201
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Mon 03/17/2025
    Certified Mail®                  $4.85
        Tracking #:
        9589 0710 5270 2256 7198 56
Total                                $5.58
------------------------------------------
Grand Total:                         $5.58
------------------------------------------
Cash                                 $5.58
------------------------------------------

 Text your tracking number to 28777 (2USPS)
    to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
             1-800-222-1811.

    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
         Associate can show you how.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
       https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,
```



```
          or call 1-800-410-7420.

------------------------------------------
UFN: 485134-0056
Receipt #: 840-57520022-2-7920644-2
Clerk: 06
```

*(Handwritten annotation:)* Plaintiff Settlement offer letter Case No. 4:24-cv-00979-SDJ-BD