IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANA F. YOUNG | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-00979-SDJ-BD |
| | § | |
| COLLIN COLLEGE | § | |
| | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 11, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #44), that Defendant Collin College's ("Defendant") Motion to Dismiss, (Dkt. #11), be granted. Defendant filed Objections, (Dkt. #46), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Dismiss, (Dkt. #11), is **GRANTED**. Plaintiff Dana F. Young's ("Plaintiff") disparate-treatment claim is **DISMISSED WITH PREJUDICE** and her other claims are **DISMISSED WITHOUT PREJUDICE**. It is

1

further **ORDERED** that, within 21 days, Plaintiff file an amended complaint that resolves the deficiencies identified in the Report. Failure to do so will result in dismissal of her claims with prejudice.

**So ORDERED and SIGNED this 20th day of October, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE